**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Navigea, Ltd. | COURT CASE NUMBER: No. 2:11-cv-00541 |
| DEFENDANT: Kelvin-Hughes NDR 2002 Voyage Data Recorder | TYPE OF PROCESS: Publication |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Seattle Daily Journal of Commerce
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
83 Columbia Street, P.O. Box 11050, Seattle, WA 98111

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Katie Smith Matison
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Attached is a Notice, Warrant and Confirmation of Service for Publication.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
/s/ Katie Matison
TELEPHONE NUMBER: 206-223-7000
DATE: 4/14/11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No.: 86
District to Serve No.: 86
Signature of Authorized USMS Deputy or Clerk: M. Stiltner
Date: 4/14/11

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Date: 4/20/11
Time: ☐ am ☒ pm
Signature of U.S. Marshal or Deputy: M. Stiltner

Publ. Fee

| Service Fee | Total Mileage Charges including endeavors | ~~Forwarding Fee~~ | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 55.00 | n/a | 150.00 | 205.00 | n/a | n/a  $0.00 |

**REMARKS:** Due and legal notice was given by publishing in the Daily Journal of Commerce on April 15, 2011 as per the attached Affidavit of Publication.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80


COPY



# STATE OF WASHINGTON – KING COUNTY
--ss.

269839  
US MARSHALS SERVICE

No.

## Affidavit of Publication

The undersigned, on oath states that he is an authorized representative of The Daily Journal of Commerce, a daily newspaper, which newspaper is a legal newspaper of general circulation and it is now and has been for more than six months prior to the date of publication hereinafter referred to, published in the English language continuously as a daily newspaper in Seattle, King County, Washington, and it is now and during all of said time was printed in an office maintained at the aforesaid place of publication of this newspaper. The Daily Journal of Commerce was on the 12th day of June, 1941, approved as a legal newspaper by the Superior Court of King County.

The notice in the exact form annexed, was published in regular issues of The Daily Journal of Commerce, which was regularly distributed to its subscribers during the below stated period. The annexed notice, a

GT:NAVIGEA V HUGHES

was published on

04/15/11

The amount of the fee charged for the foregoing publication is the sum of $ 150.00, which amount has been paid in full.

Subscribed and sworn to before me on

04/15/11

Notary public for the State of Washington, residing in Seattle

# State of Washington, King County

**NOTICE OF ARREST**
**District Court No.**
**2:11-cv-00541 JLR**
UNITED STATES DISTRICT Court Western District of Washington at Seattle.

**Navigea Ltd., a Cayman Island corporation, Plaintiff, v. In Re Kelvin-Hughes NDR 2002 Voyage Data Recorder Property of the M/V Explorer (IMO 6924959), In Rem; G. A. P. Shipping Co. Limited, a Barbaros corporation, In Personam, Defendants.** In Admiralty. No. **2:11-cv-00541 JLR.** Notice of Arrest and Seizure.

...barred by any otherwise applicable

8, 2011.
JEFFREY SCOTT DAVIS,
Personal Representative.
Attorney for Personal Representative MARCIA A. MELLINGER Address for Mailing or Service: 7801 Green Lake Drive North, Seattle, WA 98103. Phone: (206) 633-1913.
4/22(269521)

**NOTICE TO CREDITORS**
**Estate of**
**MARK H. CHAMBERLIN**
IN THE SUPERIOR COURT of the State of Washington for King County.
In Re the Estate of Mark H. Chamberlin, Deceased. No. 11-4-02270-3 SEA. Probate Notice to Creditors (RCW 11.40.030.)
The personal representative named below has been appointed as personal representative of this estate. Any person having a claim against the decedent must, before the time the claim would be barred by any otherwise applicable

2011 APR 20 P 2:47
RECEIVED

## USDC WESTERN
## CERTIFICATE OF SERVICE

I, Julia Crippen, hereby make the following Declaration from personal knowledge:

On the 28th day of April, 2011, I presented the attached document to the Clerk of the Court for filing and uploading to the CM/EFC system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys:

**Counsel for Claimant, GAP Shipping Co. Ltd.:**

Marc E. Warner, Esq.
LeGros Buchanan & Paul
701 Fifth Avenue, Suite 2500
Seattle, Washington 98104
Telephone:   206-623-4990
Facsimile:   206-467-4828
E-mail:      mwarner@legros.com

**Counsel for Claimant, GAP Shipping Co. Ltd** *(Pro Hac Vice)*:

Michael E. Unger, Esq.
Freehill Hogan & Mahar LLP
80 Pine Street,
New York, New York 10005-1759
Telephone:   212-425-1900
Direct:      212-381-3032
Facsimile:   212-425-1901
E-mail:      unger@freehill.com or munger@verizon.net

I HEREBY DECLARE UNDER PENALTY OF PERJURY under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

EXECUTED this 28th day of April, 2011, at Seattle, Washington.

_s/ Julia Crippen_
Julia Crippen